FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| DATONG JUQIANG ACTIVATED CARBON CO., LTD., DATONG JUQIANG ACTIVATED CARBON USA, LLC, NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., and DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD., | |
| Plaintiffs, | **SUMMONS** |
| v. | Court No. 22-00026 |
| UNITED STATES, | |
| Defendant. | |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiffs in this action are: Datong Juqiang Activated Carbon Co., Ltd.; Datong Juqiang Activated Carbon USA, LLC; Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd.; and Datong Municipal Yunguang Activated Carbon Co., Ltd. (collectively, "Plaintiffs").  As Chinese producers/exporters and a U.S. importer of certain activated carbon, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a), who were parties to the proceeding that led to the determination being challenged.  As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final results in the 13th annual administrative review of the antidumping duty order on certain activated carbon from the People's Republic of China. *See* <u>Certain Activated Carbon from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2019-2020</u>, 86 Fed. Reg. 73,731 (Dec. 28, 2021).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3. <u>Effective date of the determination:</u> December 28, 2021.

4. <u>Date of publication in the Federal Register of the contested determination</u>: December 28, 2021.

                                              Respectfully submitted,

/s/ *Francis J. Sailer*
Francis J. Sailer
Elaine F. Wang
Dharmendra N. Choudhary
Jordan C. Kahn
Brandon M. Petelin
Kavita Mohan

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  January 27, 2022

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                                                      The Honorable Mario Toscano
                                                                       Clerk of the Court

Date: January __, 2022                                            By:_____